UNITED STATES DISTRICT COURT
FOR THE WESTERN DISRICT OF WISCONSIN

---

| | |
|---|---|
| Peggy Hansen, | Case No. 13-cv-00447-BBC |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| American Modern Insurance Group, Inc., | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on September 19, 2014 [ECF No. 25],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, with each party to bear its own costs, expenses and attorneys' fees.

Dated: September 19, 2014

Barbara B. Crabb
United States District Judge